**Order filed July 26, 2012**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00538-CV
_____

**CHRISTOPHER TOOD WHITEHEAD, Appellant**

**V.**

**CLIFFORD WAYNE SWALLOW, Appellee**

**On Appeal from the 25th District Court
Colorado County, Texas
Trial Court Cause No. 22,972**

# O R D E R

This is an appeal from a judgment signed February 22, 2012. The clerk's record was filed June 26, 2012. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain appellant's notice of appeal filed in this court on March 23, 2012. *See* Tex. R. App. P. 34.5(a)(7) (requiring notice of appeal to be included in clerk's record); Tex. R. App. P. 25.1 (notice of appeal filed with appellate court is deemed to have been filed the same day with the trial court clerk). A copy of the notice of appeal is attached hereto.

The Colorado County District Clerk is directed to file a supplemental clerk's record on or before **August 17, 2012**, containing appellant's notice of appeal filed on March 23, 2012.


PER CURIAM